Per Curiam.

(No. 73—CC—255

Bi-Lingual Educational Services, Claimant, vs. State of Illinois, Superintendent of Public Instruction, Respondent.

*Opinion filed June 15, 1973.*

BI-LINGUAL EDUCATIONAL SERVICES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.